IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>　　　　Defendant. | <br>Civil Action No. 04 10444 |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiff Diomed, Inc. states that it has one parent corporation, Diomed Holdings, Inc. Diomed, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA. Diomed Holdings, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock. Diomed Holdings, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

　　　　　　　　　　　　　　　　　　DIOMED, INC.,

　　　　　　　　　　　　　　　　　　By its attorneys,

Dated: March 4, 2004

　　　　　　　　　　　　　　　　　　Michael A. Albert (BBO #558566)
　　　　　　　　　　　　　　　　　　James J. Foster (BBO #553285)
　　　　　　　　　　　　　　　　　　Michael N. Rader (BBO #646990)
　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 720-3500