UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-10444-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

### VASCULAR SOLUTION, INC.'S ASSENTED TO MOTION TO ENLARGE TIME IN WHICH TO FILE RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b), Defendant Vascular Solutions, Inc. ("VSI"), through its counsel, Ruberto, Israel & Weiner, P.C., hereby requests an enlargement of time to and until April 29, 2004 in which to file a responsive pleading to the Complaint.

Plaintiff's counsel has assented to allowance of this motion.

Respectfully submitted:

VASCULAR SOLUTIONS, INC.

By its Attorneys,

/s/ John R. Bauer
Steven L. Feldman (BBO #162290)
John R. Bauer (BBO #630742)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

DATED: March 26, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\Stip to Enlarge Time.doc