UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 04-10444-RGS ) ) ) ) ) |

**DEFENDANT VASCULAR SOLUTIONS, INC.'S
RULE 7.3 (A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Vascular Solutions, Inc. ("VSI") hereby states that VSI does not have a parent corporation and no publicly held company owns 10% or more of VSI's stock.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.

By its Attorneys,

/s/ John R. Bauer
Steven L. Feldman (BBO #162290)
John R. Bauer (BBO #630742)
Ruberto, Israel & Weiner, P.C.,
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: March 26, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\Rule 7.3 Statement.doc