UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR SOLUTIONS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-10444-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPEARANCES OF STEVEN L. FELDMAN
AND JOHN R. BAUER ON BEHALF OF VASCULAR SOLUTIONS, INC.**

Pursuant to Local Rule 83.5.2, Steven L. Feldman and John R. Bauer, of Ruberto, Israel & Weiner, P.C., hereby appear in the above-captioned action on behalf of Defendant Vascular Solutions, Inc.

                                              Respectfully Submitted,

                                              VASCULAR SOLUTIONS, INC.

                                              By its Attorneys,

                                              /s/ John R. Bauer_____
                                              Steven L. Feldman (BBO #162290)
                                              John R. Bauer (BBO #630742)
                                              Ruberto, Israel & Weiner, P.C.
                                              100 North Washington Street
                                              Boston, MA 02114
                                              (617) 742-4200

Dated: March 26, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\Appearance.doc