☐ AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Diomed, Inc.

V.

Vascular Solutions, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10444 RGS

TO: (Name and address of Defendant)

Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, MN  55369

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           3-4-04
CLERK                                                  DATE

_(signature)_
(By) DEPUTY CLERK

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

Stacy A. Steltzner, being duly sworn, on oath says: that on the 8th day of March, 2004, at 2:20 p.m. (s)he served the attached Summons; Complaint; and Corporate Disclosure Statement upon Vascular Solutions, Inc., therein named, personally at 6464 Sycamore Court, Maple Grove, County of Hennepin, State of Minnesota, by handing to and leaving with James Hennen, CFO, a true and correct copy thereof.

James Hennen is a white male, approximately 30+ years old, 160 #, 5'11" with brown hair.

Subscribed and sworn to before me,
March 8, 2004.

_Rose Batsell_
Notary Public

ROSE BATSELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

_Stacy A. Steltzner_

Re: D0610.60002US00