# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DIOMED, INC.,**           )<br>                             )<br>     Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>**VASCULAR SOLUTIONS, INC.,**)<br>                             )<br>     Defendant.              )<br>                             ) | CIVIL ACTION NO. 04-10444-RGS |

## APPEARANCE OF STEVEN L. FELDMAN
## ON BEHALF OF VASCULAR SOLUTIONS, INC.

Pursuant to Local Rule 83.5.2, Steven L. Feldman, of Ruberto, Israel & Weiner, P.C., hereby appears in the above-captioned action on behalf of Defendant Vascular Solutions, Inc.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.

By its Attorneys,

/s/  Steven L. Feldman
Steven L. Feldman (BBO #162290)
John R. Bauer (BBO #630742)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: May 10, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\SLF Appearance.doc