UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-10444-RGS |
| VASCULAR SOLUTIONS, INC., | ) |
| Defendant. | ) |

**CERTIFICATE OF J. THOMAS VITT, ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, J. Thomas Vitt, state and depose as follows:

1. I submit this Certificate in support of Steven L. Feldman's Application for Admission of Counsel Pro Hac Vice on Behalf of Defendant Vascular Solutions, Inc.

2. I am an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota, which is counsel to defendant Vascular Solutions, Inc. ("VSI").

3. I have been admitted to practice in the State Bar of Minnesota, the United States District Court for the District of Minnesota, and the United States Court of Appeals for the Seventh, Eighth and Federal Circuits. I have also been admitted *pro hac vice* in this District for the following cases: The Straumann Company v. Lifecore Biomedical Incorporated, Civ. No. 00-CV-10602-RCL; Diomed Inc., Diomed Holdings Inc., and Diomed Limited v. Vascular Solutions, Inc. and

<u>Nancy Arnold</u>, Civ. N. 03-CV-12498-RWZ.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF MAY, 2004

/s/ J. Thomas Vitt  
J. Thomas Vitt


U:\JRB\Vascular Solutions (Patent)\Pleadings\Vitt Certificate.doc