UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-10444-RGS |
| VASCULAR SOLUTIONS, INC., | ) |
| Defendant. | ) |

**CERTIFICATE OF TODD R. TRUMPOLD, ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Todd R. Trumpold, state and depose as follows:

1. I submit this Certificate in support of Steven L. Feldman's Application for Admission of Counsel Pro Hac Vice on Behalf of Defendant Vascular Solutions, Inc.

2. I am an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota, which is counsel to defendant Vascular Solutions, Inc. ("VSI").

3. I have been admitted to practice in the State Bar of Minnesota, the United States District Court for the District of Minnesota, and the United States District Court for the Eastern District of Wisconsin. I also have been admitted *pro hac vice* in this District for the case of Diomed Inc., Diomed Holdings Inc., and Diomed Limited v. Vascular Solutions, Inc. and Nancy Arnold, Civ. N. 03-CV-12498-RWZ. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11th DAY OF MAY, 2004

/s/ Todd R. Trumpold
Todd R. Trumpold

U:\JRB\Vascular Solutions (Patent)\Pleadings\Trumpold Certificate.doc