UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIOMED, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-10444-RGS |

**APPLICATION FOR ADMISSION OF COUNSEL PRO HAC VICE
ON BEHALF OF DEFENDANT VASCULAR SOLUTIONS, INC.**

Steven L. Feldman ("Feldman") herein moves, pursuant to Local Rule 83.5.3, on behalf of the defendant, Vascular Solutions, Inc. ("VSI"), for the admission of attorneys J. Thomas Vitt ("Vitt") and Todd R. Trumpold ("Trumpold") *pro hac vice* in this action. In support of this Application, Feldman states as follows:

1. Feldman, a shareholder in the Boston firm of Ruberto, Israel & Weiner, P.C. ("RIW"), is a member in good standing of the Bar of the Commonwealth of Massachusetts and of this Court. Feldman has filed an appearance on behalf of VSI in this matter.

2. VSI also is represented by Attorneys Vitt and Trumpold of Dorsey & Whitney LLP, 220 South Sixth Street, Pillsbury Center South, Minneapolis, Minnesota.

3. As set forth in the Certificates of J. Thomas Vitt and Todd R. Trumpold, attached hereto as Exhibits 1 and 2: (1) Vitt and Trumpold are members in good standing in every jurisdiction in which they have been admitted to practice, (2) there are no disciplinary proceedings pending against Vitt or Trumpold as members of the bar in any jurisdiction, and

(3) Vitt and Trumpold are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorneys J. Thomas Vitt and Todd R. Trumpold be admitted *pro hac vice* in this action.

        Respectfully Submitted,

        VASCULAR SOLUTIONS, INC.

        By its Attorneys,

        /s/ Steven L. Feldman
        Steven L. Feldman (BBO #162290)
        John R. Bauer (BBO #630742)
        Ruberto, Israel & Weiner, P.C.
        100 North Washington Street
        Boston, MA 02114
        (617) 742-4200

Dated: May 14, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\Pro Hac Vice Motion.doc