UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Diomed, Inc., | Civil File No. 04-10444 RGS |
| Plaintiff, | |
| v. | |
| Vascular Solutions, Inc., | |
| Defendant. | |

## **DEFENDANT VASCULAR SOLUTIONS, INC.'S LOCAL RULE 16.1(D) CERTIFICATION**

Pursuant to Local Rule 16.1(D) and the court's Order dated May 6, 2004, Defendant Vascular Solutions, Inc. and its attorneys, Dorsey & Whitney LLP, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 3, 2004

                                                                  VASCULAR SOLUTIONS, INC.

                                                                  By   /s/ Howard Root
                                                                          Howard Root
                                                                          Chief Executive Officer

Dated: June 3, 2004

          DORSEY & WHITNEY LLP

          By  /s/ J. Thomas Vitt
              J. Thomas Vitt #183817
          Suite 1500, 50 South Sixth Street
          Minneapolis, MN 55402-1498
          Telephone: (612) 340-2600

          Attorneys for Defendant
          Vascular Solutions, Inc.