IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No. 1:04-CV-10444-RGS |

### NOTICE OF APPEARANCE OF MICHAEL N. RADER

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Diomed, Inc., in the above-identified action.

Respectfully submitted,

Dated:  June 17, 2004            /s/ Michael N. Rader
                                 Michael N. Rader (BBO #646990)
                                 mrader@wolfgreenfield.com
                                 Wolf, Greenfield & Sacks, P.C.
                                 600 Atlantic Avenue
                                 Federal Reserve Plaza
                                 Boston, MA 02210
                                 (617) 646-8000