UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIOMED, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-10444-RGS |
| VASCULAR SOLUTIONS, INC., | ) |
| Defendant. | ) |

**APPEARANCE OF ERIC R. BARBER-MINGO
ON BEHALF OF VASCULAR SOLUTIONS, INC.**

Pursuant to Local Rule 83.5.2, Eric R. Barber-Mingo, of Ruberto, Israel & Weiner, P.C., hereby appears in the above-captioned action on behalf of Defendant Vascular Solutions, Inc.

Respectfully Submitted,

VASCULAR SOLUTIONS, INC.

By its Attorneys,

/s/ Eric R. Barber-Mingo
Steven L. Feldman (BBO #162290)
Eric R. Barber-Mingo (BBO #564031)
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: August 9, 2004

U:\EBM\Vascular Solutions\Patent Litigation\EBM Appearance.doc