UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIOMED, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VASCULAR SOLUTIONS, INC., )<br>)<br>    Defendant. )<br>) | CIVIL ACTION NO. 04-10444-RGS |

NOTICE OF WITHDRAWAL OF APPEARANCE OF
JOHN R. BAUER ON BEHALF OF VASCULAR SOLUTIONS, INC.

John R. Bauer hereby provides notice of his withdrawal as counsel on behalf of Defendant Vascular Solutions, Inc. on the grounds that he will not be associated with the firm of Ruberto, Israel & Weiner after August 20, 2004.  J. Thomas Vitt and Todd R. Trumpold, both of the Dorsey & Whitney, LLP, and Steven L. Feldman and Eric R. Barber-Mingo, both of Ruberto, Israel & Weiner, P.C., will continue to represent the Defendant.

    Respectfully Submitted,

    VASCULAR SOLUTIONS, INC.

    By its Attorneys,

    /s/ John R. Bauer
    Steven L. Feldman (BBO #162290)
    Eric R. Barber-Mingo (BBO #564031)
    John R. Bauer (BBO #630742)
    Ruberto, Israel & Weiner, P.C.,
    100 North Washington Street
    Boston, MA 02114
    (617) 742-4200

2

        J. Thomas Vitt
        Todd R. Trumpold
        Dorsey & Whitney LLP
        Suite 1500
        50 South Sixth Street
        Minneapolis, MN  55402-1498
        (612) 340-5675

Dated: August 9, 2004

U:\JRB\Vascular Solutions (Patent)\Pleadings\Withdrawal of Appearance.doc