UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIOMED, INC.,**      Plaintiff, <br><br> v. <br><br> **VASCULAR SOLUTIONS, INC.,**      Defendant. | ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO. 04-10444-RGS |

### NOTICE OF FILING WITH CLERK'S OFFICE RE: VITT DECLARATION

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1)   Declaration of J. Thomas Vitt (with fourteen (14) attachments).

The original documents are maintained in the case file in the Clerk's Office.

                                         Respectfully Submitted,

                                         VASCULAR SOLUTIONS, INC.

                                         By its Attorneys,

                                         /s/  Eric R. Barber-Mingo_____
                                         Steven L. Feldman (BBO #162290)
                                         Eric R. Barber-Mingo (BBO #564031)
                                         Ruberto, Israel & Weiner, P.C.
                                         100 North Washington Street
                                         Boston, MA 02114
                                         (617) 742-4200

Dated: October 1, 2004

U:\Vascular Solutions\Patent Litigation\Pleadings\Notice of Filing Re Vitt Declaration.doc