

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.646.8240

July 1, 2004

*Via Facsimile (612) 340-8856*
*and First Class Mail*
Tom Vitt, Esq.
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498

      Re:    Diomed, Inc. v. Vascular Solutions, Inc.
               Civil Action No.: 04cv10444
               <u>Our File No.:  D0610.60002US00</u>

Dear Tom:

      Pursuant to the Court's Scheduling Order, I am writing to inform you that Diomed will assert infringement by Vascular Solutions of claims 9-14, 16-19 and 21 of U.S. Patent No. 6,398,777.

                          Very truly yours,

                          WOLF, GREENFIELD & SACKS, P.C.

                          Michael A. Albert