IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

    Plaintiff,

v.

VASCULAR SOLUTIONS, INC.,

    Defendant.

Civil Action No. 04-CV-10444 (RGS)

## DIOMED'S PROPOSED INTERPRETATION OF ASSERTED CLAIMS

Set forth below is Diomed, Inc.'s proposed interpretation of the claims it is asserting against Vascular Solutions, Inc., as required by the Court's order dated May 10, 2004.

| Claim | Limitation | Construction |
| --- | --- | --- |
| 9, 21 | means for emitting laser energy | any of the stand-alone fiber optic lines disclosed in the '777 patent specification and equivalents thereof (hereinafter "fiber optic line") |
| 9, 21 | inserting means for emitting laser energy into the blood vessel | inserting the fiber optic line into the interior lumen of the blood vessel |
| 9, 21 | laser emitting section | the exposed portion of the fiber optic line from which laser energy is emitted (e.g., the bare, uncoated tip of the fiber optic line) (hereinafter "bare tip") |
| 9, 21 | placing said laser emitting section of said emitting means into intraluminal contact with the blood vessel | contacting the bare tip and the inner wall of the vessel as the fiber optic line is moved within and along the vessel lumen |
| 9, 21 | emitting said laser energy into the blood vessel ... thereby decreasing the diameter of said blood vessel | emitting sufficient laser energy at the bare tip of the fiber optic line to cause vessel wall tissue damage (e.g., fibrosis) to lead to a decrease in the diameter of the blood vessel |

| 10, 21 | emptying the blood vessel | removing some or all of the blood from the blood vessel |
| 16 | guidance means | an aiming beam or an ultrasound imager and equivalents thereof |

Any language in the claims being asserted by Diomed, not addressed above, should be given its plain and ordinary meaning.

DIOMED, INC.,

By its attorneys,

Dated: September 1, 2004

Michael A. Albert (BBO #558566)
malbert@wolfgreenfield.com
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael N. Rader (BBO #646990)
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document (Diomed's Proposed Interpretation Of Asserted Claims) was served by First Class Mail, on September 1, 2004, upon the following counsel for Vascular Solutions, Inc.:

Steven L. Feldman, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA  02114

A courtesy copy was also sent by fax and First Class Mail to:

Tom Vitt, Esq.
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402