



ABOUT VENACURE | TESTIMONIALS | ARTICLES AND JOURNAL REPORTS | NEWS | REQUEST MORE INFORMATION

## About VenaCure™?

**Q   How is a laser procedure different from surgery?**

A   Surgery involves considerable preparation, general anesthesia, the risk of infection, pain in the affected areas, and a lengthy recovery period. The medical laser technology used in VenaCure eliminates all of that.

It's "minimally invasive." The entry point through which your physician gets the laser fiber to the target area is extremely small, not even requiring stitches.

There is really no "recovery" to speak of. In fact, you'll be up and walking as soon as it's over, able to return to full normal activity.

The risk of infection is extremely low.

It's not painful.

**Q   I've heard about lasers being used in medicine but I'm not sure how they work. Are they safe?**

A   Simply put, a laser is a highly concentrated beam of light. Medical lasers work by delivering this light energy to the targeted tissue with extreme precision so as not to affect the surrounding tissue. And they've proven their safety and effectiveness through years of use in all kinds of medical procedures, from ophthalmology to dermatology. In the hands of a skilled physician, lasers offer far less risk and complications than conventional surgery.

**Q   Exactly how does a laser treat varicose veins?**

A   Your veins carry blood from the capillaries to the heart. In your leg, this means the blood has to flow upward, against gravity. Consequently, these veins have one-way valves to prevent the blood from backflowing. Over time these valves can fail to close tightly, allowing blood to pool and causing the bulging and twisting characteristic of varicose veins.

VenaCure fixes this problem at the source by delivering just the right wavelength of laser energy to just the right tissue, causing the incompetent vein to close. Your body automatically routes the blood to other healthy veins.

**Q   What is the actual procedure like?**

A   It takes about 45 minutes and requires just local anesthesia. Your physician then inserts a thin laser fiber into the vein through a sheath and the laser light is emitted through the fiber. While you might feel some unfamiliar sensation, it is not painful. And it's all done in an outpatient setting like your physician's office or a one-day surgery center

### Step into your future without varicose veins and without surgery, thanks to VenaCure™, a true non-surgical laser procedure for varicose veins.

If you've been living with varicose veins for fear the treatment is too complicated, painful and risky, the questions and answers at left should make you feel a lot better about your future. Because thanks to VenaCure from AngioDynamics, the news couldn't be better: **No, you don't have to live with varicose veins. And no, you don't need surgery to get rid of them.**

**AngioDynamics
Precision 810™/Precision 980™ Laser**

Patient 1



**Before VenaCure Treatment**

**Q** How do I prepare?

**A** Simply avoid taking any food or liquid two hours before the procedure.

**Q** How long before I see the results?

**A** There may be some slight swelling right after the procedure, but you could start seeing results immediately.

**Q** Will they last?

**A** VenaCure has proved to be 97% effective—an outstanding record of success. Therefore, you should experience no reoccurrence in the veins that have been treated. Follow-up procedures may be desired to obtain optimal aesthetic results.

**Q** Will my insurance cover it?

**A** Check your policy and call your insurance provider to find out what their exact coverage will be.

**As you can see, the news is all good—no surgery, no pain, no recovery...and no varicose veins. If you suffer from this condition, now might be the time to do something about it. Ask your physician about the procedure and find out if VenaCure is right for you.**

back to top



After VenaCure Treatment

Patient 2



Before VenaCure Treatment

After VenaCure Treatment

**About VenaCure| Testimonials | Articles and Journal Reports| News | Request More Information | Home**
Copyright © 2002, 2003, 2004 AngioDynamics, Inc. **Disclaimer**

     

« HOME

## Vari-Lase Endovenous Laser Therapy.

« Back to Products

Vari-Lase 810nm Laser Console »

Vari-Lase Endovenous Procedure » Kit

Vari-Lase 940 Endovenous » Procedure Kit

Procedure Packs »

AutoFill & VacLok »

The Vari-Lase Endovenous Laser System is designed to help physicians provide advanced treatment for varicose veins in the leg. Endovenous laser therapy is a patient-friendly alternative to surgical vein-stripping for the treatment of varicose veins.

In endovenous laser therapy, a thin laser fiber is inserted into the varicosed vein, generally through a small puncture in the leg above where the visual symptoms appear. The physician then delivers laser energy through the fiber which causes the vein to close as the fiber is gradually removed. Endovenous laser therapy can be performed in a physician's office in less than one hour, and the patient is encouraged to walk immediately following the procedure.

**Click here** to learn how the Vari-Lase endovenous laser therapy kit helps physicians treat varicose veins.



### Our Products.
Select a product to learn more about our solutions.

Duett, Duett Pro, Diagnostic Duett Pro, Pronto, Langston, Max-Support and ThrombiGel are trademarks of Vascular Solutions, Inc. D-Stat, Vari-Lase, Acolysis are registered trademarks of Vascular Solutions, Inc.

©1999-2006 Vascular Solutions Inc. All rights reserved. Terms of Use

Vascular Solutions, Inc.
6464 Sycamore Court
Minneapolis, MN 55369
763.656.4300

Site by Electric Pulp