# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:  Civil No. 04-10019-RGS, 04-10444-RGS, 04-10686-RGS, 04-12157-RGS
_____

Title: __Diomed v. Angiodynamics, Vascular Solutions, Total Vein Solutions, New Star Lasers_____

## NOTICE

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge __Stearns_____ has been reassigned to Judge __Gorton____ _____for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __NMG____.

Thank you for your cooperation in this matter.

                                                             SARAH A. THORNTON
                                                            CLERK OF COURT

                                By:  /s/ Elaine Flaherty_____
                                     Deputy Clerk

Date:  __7/6/06_____

(Notice of LR40.1 Reassign.wpd - 3/7/2005)